## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| FAITH ENTERPRISES GROUP, INC., | )<br>)<br>) |
| Plaintiff, | )<br>)  CIVIL ACTION NO. |
| v. | )<br>)  1:11-CV-3166-TWT |
| AVIS BUDGET GROUP, INC., AVIS<br>BUDGET CAR RENTAL, LLC, AND<br>AVIS RENT A CAR SYSTEM, LLC, | )<br>)<br>)<br>) |
| Defendants. | )<br>)<br>) |

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Faith Enterprises Group, Inc. ("Plaintiff") and Defendants Avis Budget Group, Inc. ("Avis Budget Group"), Avis Budget Car Rental, LLC ("Avis Budget Car Rental"), and Avis Rent A Car System, LLC ("Avis Rent A Car") (collectively, "Defendants") stipulate that Plaintiff's individual remaining claims against Defendants in the above-captioned action are hereby dismissed with prejudice.

Dated: July 14, 2014

**MILBERG LLP**

 s/ Joshua E. Keller
Paul F. Novak (admitted *pro hac vice*)
Joshua E. Keller (admitted *pro hac vice*)
One Pennsylvania Plaza, 49th Floor
New York, NY 10119
Tel.:  (212) 594-5300
Fax:  (212) 868-1229

**HALL & LAMPROS, LLP**
Christopher B. Hall
Promenade Two, Suite 3700
1230 Peachtree Street, N.E.
Atlanta, GA 30309
Tel.:  (404) 876-8100
Fax:  (404) 876-3477

**JEFFREY L. BERHOLD, PC**
1230 Peachtree Street
Suite 1050
Atlanta, GA 30309
Tel.:  (404) 872-3800
Fax:  (678) 868-2021

*Attorneys for Plaintiff Faith Enterprises Group, Inc.*

**BRYAN CAVE LLP**

 s/ G. Patrick Watson
G. Patrick Watson
One Atlantic Center, 14th Floor
1201 West Peachtree Street, NW
Atlanta, GA 30309
Tel.: (404) 572-6600
Fax: (404) 572-6999

*Attorneys for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this day a true and correct copy of the foregoing

Stipulation of Voluntary Dismissal was served by filing the same with the Clerk

of Court using the CM/ECF filing system which automatically sends notice to all

counsel of record.

This 14th day of July, 2014.

MILBERG LLP

_/s/Joshua E. Keller_____
Joshua E. Keller
One Pennsylvania Plaza, 49th Floor
New York, NY 10119
Tel.:  (212) 594-5300
Fax:  (212) 868-1229